UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 06-218-S |
| NEW ENGLAND CONTAINER COMPANY, INC., | : | |
| | : | |
| Defendants and Counterclaim Plaintiff. | : | |
| EMHART INDUSTRIES, INC., | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | |
| | : | |
| v. | : | C.A. No. 11-023-S |
| | : | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, *et al.,* | : | |
| | : | |
| Defendants, Counterclaim and Crossclaim Plaintiffs/Defendants, and Third-Party Plaintiffs, | : | |
| | : | |
| v. | : | Consolidated |
| | : | |
| BLACK & DECKER, INC., | : | |
| | : | |
| Third-Party Defendant, Crossclaim Defendant, and Counterclaim Plaintiff, | : | |
| | : | |
| and | : | |
| | : | |
| NEW ENGLAND CONTAINER COMPANY, INC., | : | |
| | : | |
| Crossclaim Plaintiff/Defendant. | : | |

- 2 -

**THE ORIGINAL BRADFORD SOAP WORKS, INC.'S MOTION FOR LEAVE
TO FILE SURREPLY IN FURTHER OPPOSITION TO THE MOTION OF
EMHART INDUSTRIES AND BLACK & DECKER TO LIFT THE STAY
OF DISCOVERY WITH RESPECT TO BRADFORD SOAP TO ALLOW
<u>DISCOVERY ON ITS USE OF HEXACHLOROPHENE</u>**

Pursuant to Local Rule 7(b)(3), The Original Bradford Soap Works, Inc. ("Bradford Soap") respectfully requests leave to file a surreply, in the form attached hereto as Exhibit A hereto, in further opposition to the Motion of Emhart Industries, Inc. and Black & Decker, Inc. to lift the stay of discovery with respect to Bradford Soap to allow discovery on the alleged use of hexachlorophene by Bradford Soap in the manufacture of its products.

In support of this Motion for Leave, Bradford Soap submits that a surreply is necessary to allow Bradford Soap to address and correct inaccurate factual statements made in the Reply of Emhart Industries, Inc. and Black & Decker, Inc. concerning the 2008 deposition of John Howland of Bradford Soap. Bradford Soap could not have anticipated the need to address these inaccuracies when it filed its Opposition, as they were unexpectedly raised for the <u>first time</u> in the Reply. Clarification of the factual record will assist the Court in its understanding of the procedural posture concerning the recess of the 2008 deposition of John Howland of Bradford Soap.

WHEREFORE, Bradford Soap hereby requests leave to file its surreply.

THE ORIGINAL BRADFORD
SOAP WORKS, INC.

By its attorneys:

/s/ Richard A. Sherman
Richard A. Sherman (#1190)
Joseph A. Farside, Jr. (#7559)
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611 (Fax)
rsherman@edwardswildman.com
jfarside@edwardswildman.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Richard A. Sherman