**STIPULATION ATTACHMENT A**

Certified By Financial Management Office

Itemized Cost Summary

CENTREDALE MANOR, NORTH PROVIDENCE, RI SITE ID = 01 6P

COSTS AND COLLECTIONS THROUGH SEPTEMBER 30, 2015
INTEREST FEBRUARY 28, 2000 TO SEPTEMBER 30, 2015

| | |
|---|---:|
| REGIONAL PAYROLL COSTS | $2,777,397.84 |
| HEADQUARTERS PAYROLL COSTS | $184,803.96 |
| REGIONAL TRAVEL COSTS | $55,860.96 |
| HEADQUARTERS TRAVEL COSTS | $19,223.08 |
| **ALLOCATION TRANSFER IAG COSTS** | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES (ATSDR) | $420,667.61 |
| **ALTERNATE DISPUTE RESOLUTION (ADR) CONTRACT COSTS** | |
| SYSTEMS RESEARCH AND APPLICATIONS CORP. (EPW04015) | $25,390.20 |
| **EMERGENCY AND RAPID RESPONSE SERVICES (ERRS) CONTRACT COSTS** | |
| SHAW ENVIRONMENTAL, INC (FORMERLY IT CORPORATION) (68-R1-9801) | $1,442,044.42 |
| SHAW ENVIRONMENTAL, INC. (68-W0-3037) | $75,243.91 |
| **ENFORCEMENT SUPPORT SERVICES (ESS) CONTRACT COSTS** | |
| INDUSTRIAL ECONOMICS, INC. (EPW06092) | $4,487.67 |
| **ENVIRONMENTAL MONITORING SYSTEMS LABORATORY (EMSL) CONTRACT COSTS** | |
| LOCKHEED ENVIRO. SYSTEMS & TECHNOLOGIES (68-C5-0065) | $60,046.65 |
| LOCKHEED MARTIN SERVICES, INC. (68-D0-0267) | $6,051.47 |
| LOCKHEED MARTIN (EPD05088) | $41,131.25 |
| **ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT) CONTRACT COSTS** | |
| LOCKHEED MARTIN SERVICES, INC. (68-D6-0002) | $362,670.03 |
| LOCKHEED MARTIN SERVICES, INC. (68-W0-1008) | $653,078.78 |
| TECHLAW, INC. (EPW06017) | $57,819.67 |
| TECHLAW, INC. (EPW13021) | $120,051.71 |
| **HAZARD RANKING SYSTEM CONTRACT COSTS** | |

Certified By Financial Management Office

Itemized Cost Summary

CENTREDALE MANOR, NORTH PROVIDENCE, RI  SITE ID = 01 6P

COSTS AND COLLECTIONS THROUGH SEPTEMBER 30, 2015
INTEREST FEBRUARY 28, 2000 TO SEPTEMBER 30, 2015

| | |
|---|---:|
| DYNCORP (68-W9-8106) | $7,117.85 |
| **INTERAGENCY AGREEMENT (IAG) COSTS** | |
| DEPARTMENT OF JUSTICE (DOJ) | $10,213,321.97 |
| FWS (DW14809401) | $8,088.51 |
| DEPARTMENT OF INTERIOR (DW14897801) | $30,008.69 |
| DEPARTMENT OF INTERIOR (DW14940211) | $33,500.00 |
| DEPARTMENT OF INTERIOR (DW14940228) | $79,665.54 |
| DEPARTMENT OF JUSTICE (DW15893101) | $18,466.87 |
| GENERAL SERVICES ADMINISTRATION (DW47940285) | $10,000.00 |
| ARMY CORPS OF ENGINEERS (DW96940206) | $13,900.35 |
| ARMY CORPS OF ENGINEERS (DW96940215) | $73,580.61 |
| ARMY CORPS OF ENGINEERS (DW96940222) | $7,347,579.79 |
| ARMY CORPS OF ENGINEERS (DW96940256) | $208,140.92 |
| ARMY CORPS OF ENGINEERS (DW96958402) | $117,519.27 |
| ARMY CORPS OF ENGINEERS (DW96958555) | $8,422.05 |
| **OTHER CONTRACT COSTS** | |
| TECHLAW, INC. (0Z0133NBLX) | $4,364.93 |
| TECHLAW INC. (0Z0471NALX) | $14,636.44 |
| TECHLAW, INC. (1Z0079NASX) | $13,425.79 |
| ASRC AEROSPACE CORPORATION (68-R1-0201) | $17,156.98 |
| PARADIGM ANALYTICAL LABS, INC. (EP09W000302) | $9,975.00 |
| ASRC MANAGEMENT CORP. (EPS10602) | $14,718.65 |
| ASRC MANAGEMENT SERVICES, INC. (EPW05052) | $60,660.59 |
| **RESPONSE ACTION (RAC) CONTRACT COSTS** | |
| TETRA TECH NUS, INC. (68-W6-0045) | $2,052,263.44 |
| NOBIS, INC. (EPS10603) | $142,779.47 |

**RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT COSTS**

Certified By Financial Management Office

Itemized Cost Summary

CENTREDALE MANOR, NORTH PROVIDENCE, RI  SITE ID = 01 6P

COSTS AND COLLECTIONS THROUGH SEPTEMBER 30, 2015
INTEREST FEBRUARY 28, 2000 TO SEPTEMBER 30, 2015

| | |
|---|---:|
| ROY F. WESTON INC. (68-C4-0022) | $238,583.56 |
| LOCKHEED MARTIN SERVICES, INC. (68-C9-9223) | $91,207.76 |

**STATE COOPERATIVE AGREEMENT (SCA)/GRANT COSTS**

| | |
|---|---:|
| RHODE ISLAND, DEM (V00172101) | $44,594.00 |
| RHODE ISLAND, DEM (V96171201) | $297,986.89 |
| RHODE ISLAND, DEM (V97167201) | $349,368.00 |
| RHODE ISLAND, DEM (V98148001) | $221,941.27 |

**SUPERFUND TECHNICAL ASSISTANCE AND RESPONSE TEAM (START) CONTRACT COSTS**

| | |
|---|---:|
| WESTON SOLUTIONS, INC. (68-W0-0097) | $25,145.91 |
| ROY F. WESTON, INC. (68-W5-0009) | $427,273.87 |
| WESTON SOLUTIONS, INC. (EPW05042) | $89,726.79 |

**TECHNICAL ASSISTANCE GRANT (TAG) COSTS**

| | |
|---|---:|
| WOONASQUATUCKET RIVER WATERSHED (197121601) | $94,345.55 |

**TECHNICAL SERVICES AND SUPPORT (TSS) CONTRACT COSTS**

| | |
|---|---:|
| PRIMUS SOLUTIONS (EPW11024) | $372,039.49 |

**CONTRACT LAB PROGRAM (CLP) COSTS**

| | |
|---|---:|
| FINANCIAL COST SUMMARY | $257,564.36 |

**MISCELLANEOUS COSTS (MIS)** ......................................................... $25,277.22

**EPA INDIRECT COSTS** ..................................................................... $11,908,174.79

**TOTAL SITE COSTS BEFORE COST RECOVERY COLLECTIONS** ...... $41,248,492.38

**COLLECTIONS/ADJUSTMENTS** ........................................................ ($12,473,231.63)

**EPA COSTS BEFORE PREJUDGMENT INTEREST** ............................. $28,775,260.75

USEPA60223827

Report Date: 05/03/2016                                                                                                         Page 4 of 4

Certified By Financial Management Office

Itemized Cost Summary

CENTREDALE MANOR, NORTH PROVIDENCE, RI  SITE ID = 01 6P

COSTS AND COLLECTIONS THROUGH SEPTEMBER 30, 2015
INTEREST FEBRUARY 28, 2000 TO SEPTEMBER 30, 2015

| | |
|---|---|
| Additional collection | ($3,068.94) |
| Prejudgment Interest | $6,055,188.12 |
| **Total Site Costs:** | $34,827,379.93 |

USEPA60223828